No. 78–6543. PAVAO v. ANDERSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 81, Orig. KENTUCKY v. INDIANA ET AL. It is ordered that the Honorable Robert Van Pelt, Senior Judge of the United States District Court for the District of Nebraska, be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for. The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses. The allowances to him, the compensation paid to his technical, stenographic and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.

It is further ordered that if the position of the Special Master in this case becomes vacant during a recess of the Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court.

The motion of Public Service Company of Indiana, Inc., for leave to intervene is referred to the Special Master. [For earlier order herein, see 440 U. S. 902.]

No. 78–1201. MOBIL OIL CORP. v. COMMISSIONER OF TAXES OF VERMONT. Appeal from Sup. Ct. Vt. Motions of Committee on State Taxation of the Council of State Chambers of Commerce and National Association of Manufacturers for leave to file briefs as amici curiae granted. Probable jurisdiction noted. MR. JUSTICE STEWART took no part in the consideration or decision of this appeal.